# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-1217
_____

THE KIDWELL GROUP LLC d/b/a
AIR QUALITY ASSESSORS OF
FLORIDA, a/a/o AIMEE HODGSON,

     Appellant,

     v.

TRUCK INSURANCE EXCHANGE,

     Appellee.

_____

On appeal from the County Court for the First Judicial Circuit, Okaloosa County.
Jim Ward, Judge.


November 30, 2023

PER CURIAM.

     AFFIRMED.

ROBERTS, RAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Thomas Stevenson, Winter Park, for Appellant.

Michael Balducci and Ezequiel Lugo of Banker Lopez Gassler P.A., Tampa, for Appellee.